## PETER J. DESNOYERS *versus* THOMAS EMERSON, STEPHEN MACK AND SHUBAEL CONANT, MERCHANTS FORMERLY TRADING UNDER THE FIRM OF EMERSON & CO.

JOURNAL ENTRIES (1821–34): *Journal 3:* (1) Appearance, continued *p. 194; (2) verbal plea of non assumpsit *p. 335; (3) continued *p. 423. *Journal 4:* (4) Referred MS p. 13; (5) issue ordered sent to circuit court for trial MS p. 32; (6) agreement to submit on case stated MS p. 139; (7) death suggested MS p. 225; (8) motion to strike from docket MS p. 229; (9) case argued and submitted MS p. 329; (10) motion to strike from docket over-

ruled MS p. 339; (11) rule for venire facias MS p. 420; (12) rule for venire facias rescinded, continued MS p. 421; (13) continued MS p. 452; (14) rule for commission to take depositions MS p. 456; (15) continued MS p. 510. *Journal 5:* (16) Rule for venire facias MS p. 4; (17) jury trial, verdict MS p. 7; (18) attendance of witness proved MS p. 7; (19) motion for new trial MS p. 14; (20) motion for new trial argued, submitted MS p. 33; (21) motion for new trial overruled, judgment MS p. 37.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) incomplete declaration; (4) declaration; (5) plea of non assumpsit and notices of defenses; (6) agreement to submit to court on case stated; (7–8) motions to strike from docket; (9) subpoena; (10) motion for commission to take deposition; (11) interrogatories for Isaac Leake; (12) deposition of Isaac Q. Leake; (13) deposition envelope; (14) subpoena; (15) attachment for William Brewster; (16) subpoena; (17) writ of venire facias and return; (18) verdict; (19) sight draft and guaranty; (20) letter of guaranty; (21) letter from Emerson to Desnoyers; (22–23) certificates of protest.

*Office Docket,* MS p. 147, c. 65. (Case 116 of 1820)